# Court of Appeals
# of the State of Georgia

ATLANTA,  January 29, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0191.  Jerry Larry Collier v. Decatur Housing Authority.**

Jerry Larry Collier, acting pro se, sought to file a civil action against Decatur Housing Authority in the State Court of DeKalb County.  In connection therewith, Collier submitted an affidavit of poverty that he was unable to pay the costs of the action.  In an order entered January 3, 2013, the trial court concluded that Collier's petition as drawn and submitted shows that he "cannot recover under any justiciable issue of fact," and that, therefore, Collier's "Affidavit of Poverty is denied."  On January 8, 2013, Collier filed this application for leave to appeal the order.

Given that the trial court's order is based on a "lack of justiciable issue of fact" in the underlying pleading and not on the sufficiency or truth of the affidavit of poverty, the order, in substance, denied filing of Collier's pleading pursuant to OCGA § 9-15-2 (d).  And "[a]n order denying filing shall be appealable in the same manner as an order dismissing an action." Id.  The order, therefore, is directly appealable, and Collier's application for appeal is GRANTED as required under OCGA § 5-6-35 (j).  Collier shall have ten days from the date of this order to file a notice of appeal with the trial court, which is instructed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 01/29/2013
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*